Wesley MERRITT, Respondent, v. William H.
GRANT, Petitioner.

(333 S. E. (2d) 569)

Supreme Court

## ORDER

Aug. 12, 1985.

The petition for writ of certiorari to the Court of Appeals
is denied.

NESS, C. J., and FINNEY, J., not participating.

Wanda A. CADDEL, Petitioner, v. Larry E.
GATES, Respondent.

(333 S. E. (2d) 569)

Supreme Court

## ORDER

Aug. 12, 1985.

The petition for writ of certiorari to the Court of Appeals
is denied.

FINNEY, J., not participating.